UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

    Plaintiff,

  v.

DONALD LITEANU,.

    Defendant.

CASE NO. 11-5523RBL

ORDER GRANTING IN FORMA PAUPERIS TO A NON PRISONER

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff is not an inmate and the prison litigation reform act repayment provisions do not apply to him. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 14th day July, 2011.

                                    J. Richard Creatura
                                    United States Magistrate Judge