UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

           Plaintiff,

   v.

DONALD LITEANU,

           Defendant.

CASE NO. C11-5523-RBL-JRC

ORDER

Before the court is a motion to bar the Washington State Attorney General from representing the defendant (ECF No. 9). The Attorney General's Office of the State of Washington makes the decision whether or not a person is entitled to representation by their office. <u>State v. Herrmann</u>, 89 Wn.2d 349, 356, 572 P.2d 713, 716 (1977). Therefore, the motion is DENIED.

Dated this 28th day of September, 2011.

                                                    J. Richard Creatura
                                                    United States Magistrate Judge

ORDER - 1