UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY ROHN,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD LITEANU,<br><br>                Defendant. | CASE NO. C11-5523-RBL-JRC<br><br>ORDER |

Before the court is a motion to bar the Washington State Attorney General from representing the defendant (ECF No. 9). The Attorney General's Office of the State of Washington makes the decision whether or not a person is entitled to representation by their office. State v. Herrmann, 89 Wn.2d 349, 356, 572 P.2d 713, 716 (1977). Therefore, the motion is DENIED.

Dated this 28th day of September, 2011.

                                                                                                                  _____
                                                                                                                  J. Richard Creatura
                                                                                                                  United States Magistrate Judge