# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY ROHN,<br><br>          Plaintiff,<br><br>    v.<br><br>DONALD LITEANU.<br><br>          Defendant. | CASE NO. C11-5523-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation; and

(2)    The plaintiff's motion for summary judgment DENIED.

DATED this 21st day of November, 2011.

                                                  /s/ Ronald B. Leighton<br>
                                                  RONALD B. LEIGHTON<br>
                                                  UNITED STATES DISTRICT JUDGE