UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY ROHN, | |
| Plaintiff, | CASE NO. C11-5523-RBL-JRC |
| v. | ORDER ADOPTING A REPORT AND RECOMMENDATION |
| DONALD LITEANU, | |
| Defendant. | |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation; and

(2)   The motion to dismiss is denied for the reasons set forth in the Report and Recommendation.

DATED this 28th day of November, 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1