UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

        Plaintiff,

v.

DONALD LITEANU.

        Defendant,

CASE NO. C11-5523 RBL-JRC

ORDER DENYING PLAINTIFF'S MOTION TO SUBPOENA ALL MEDICAL RECORDS

    The district court has referred this 42 U.S.C. §1983 civil rights matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the Court to order defendant to provide all medical records (ECF No. 24). Plaintiff filed this motion over one month after the April 6, 2012, discovery cutoff (ECF No. 21). A motion for summary judgment is ripe for review (ECF No. 22).

1   Plaintiff does not state that he needs this information to defend against the pending
2   motion for summary judgment. Plaintiff has not asked for an extension of time to file a response
3   to the pending motion for summary judgment, and plaintiff does not explain why he has waited
4   until after discovery to bring this motion. Further, plaintiff has brought an identical motion in
5   another case, Rohn v. Jamison, 11-5679BHS/JRC.

6   The motion is DENIED.

7   Dated this 21st day of June, 2012.

J. Richard Creatura
United States Magistrate Judge