UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

    Plaintiff,

v.

DONALD LITEANU.

    Defendant.

CASE NO. C11-5523 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Defendants motion for summary judgment is GRANTED and this action is dismissed with prejudice. Plaintiff fails to show any departure from standard or normal medical practices. Romero v. Youngblood, 457 U.S. 307, 323 (1982). Plaintiff presented no evidence to contradict these facts.

(3) In forma pauperis status is revoked for purpose of appeal.

DATED this 20th day of August, 2012.

_____
RONALD B. LEIGHTON
United States District Judge

ORDER - 1